IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **VS.** | *   CR. NO. 07-00253-CG |
| **WILLIAM C. SELTZER,** | * |
| **Defendant.** | * |

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc sheet 1 of the judgment which was entered on the docket in the above styled case on December 28, 2007 (Doc. 9), to read as follows:

USM NUMBER:  28415-044

**DONE AND ORDERED** this 28th day of March 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE